# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAVANNAH RUIZ-RIVERA, | : | 1:19-cv-1636 |
| Plaintiff, | : | Hon. John E. Jones III |
| v. | : | |
| YORK COLLEGE OF PENNSYLVANIA *et al.*, | : | |
| Defendants. | : | |

# ORDER

**February 24, 2020**

Presently before the Court are several motions to dismiss and several motions for a more definite statement filed by various Defendants in the above-captioned case. (Docs. 23, 25, 26, 34, 36, 38, 56, 58). In conformity with the Memorandum issued on today's date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' Motions to Dismiss, (Docs. 23, 26, 38, 56), are **GRANTED** to the extent that Plaintiff's Complaint, (Doc. 1), is **DISMISSED**.

2. Defendants' Motions for a More Definite Statement, (Docs. 25, 34, 36, 58), are **DENIED** as moot.

3. The Clerk of the Court **SHALL CLOSE** the file on this case.

/s/ John E. Jones III
John E. Jones III
United States District Judge
